UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. JOSEPH LEE,

                Plaintiff,

      -against-

NY STATE POLICE, ET AL.,

                Defendants.

24-CV-5510 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 22, 2024, the Court notified Plaintiff that his *in forma pauperis* ("IFP") application was not signed and directed him to submit, within thirty days, an amended IFP application with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted a signed IFP application. Accordingly, the complaint is dismissed without prejudice to Plaintiff's refiling this action. *See* Fed. R. Civ. P. 11(a), 41(b).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:   August 26, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge