UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. JOSEPH LEE,<br><br>                                Plaintiff,<br><br>            -against-<br><br>NY STATE POLICE, ET AL.,<br><br>                              Defendants. | 24-CV-5510 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 26, 2024
            New York, New York

                                                                   /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                     Chief United States District Judge